■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL PEDRAZA, Appellant. [655 NYS2d 424] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered September 24, 1993, convicting him of robbery in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant voluntarily, knowingly, and intelligently waived his right to appeal the judgment of conviction (*see, People v Holman,* 89 NY2d 876; *People v Moissett,* 76 NY2d 909; *People v Seaberg,* 74 NY2d 1; *People v Pedraza,* 237 AD2d 386 [decided herewith]). Accordingly, we do not address the defendant's contentions on appeal. Bracken, J. P., Copertino, Altman and Krausman, JJ., concur.